United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHIE HAMPTON,

Plaintiff,

v.

CITY OF SAN JOSE,

Defendant.

Case No. 26-cv-11037-SVK

**ORDER SCHEDULING BRIEFING; DIRECTING CLERK TO CORRECT NATURE OF SUIT**

Good cause appearing, Plaintiff's opposition to Defendant's motion for partial dismissal is due on or before **November 5, 2026.** Defendant **shall** file a reply on or before **November 19, 2026.**

The clerk shall change the Nature of Suit Code on the docket to 550.

**IT IS SO ORDERED.**

Dated: October 15, 2026

Susan van Keulen
United States Magistrate Judge